**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| ) | |
| v. ) | No. 11-20041-01-KHV |
| ) | |
| RUBEN ZELLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

Defendant states that he agrees to have his Motion For Relief From Judgment (Doc. #42) filed March 11, 2019, construed as a motion under 28 U.S.C. § 2255. **On or before November 1, 2019, defendant may amend his motion under 28 U.S.C. § 2255. On or before December 2, 2019, the government shall file a response. On or before December 30, 2019, defendant may file a reply.**

**IT IS SO ORDERED**.

Dated this 27th day of September, 2019 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge